# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-23-00402-CV

---

**Hannah Pereira, Appellant**

**v.**

**Jonatas Silva Pereira, Appellee**

---

### FROM THE COUNTY COURT AT LAW NO. 4 OF WILLIAMSON COUNTY
### NO. 20-0199-FC4, THE HONORABLE JOHN B. MCMASTER, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Hannah Pereira attempts to appeal from the trial court's Order of Contempt of Court and Temporary Orders in a suit to modify the parent-child relationship. On August 4, 2023, the Clerk of this Court informed Pereira that it appears that this Court lacks jurisdiction over this matter because there is no final judgment or appealable order. The Clerk requested that Pereira file a response by August 14, 2023, explaining how this Court may exercise jurisdiction over this matter. Pereira has not filed a response.

This Court has jurisdiction over appeals from final judgments and from certain interlocutory orders made appealable by statute. *Scripps NP Operating, LLC v. Carter*, 573 S.W.3d 781, 788 (Tex. 2019). Pereira seeks to appeal from an order holding her in criminal contempt and a temporary order modifying the terms of the parties' divorce decree regarding possession of or access to their children. Neither an order holding a party in contempt nor a

temporary order in a suit to modify the parent-child relationship is appealable. *See, e.g.*, *In re Janson,* 614 S.W.3d 724, 727 (Tex. 2020) (orig. proceeding) ("Because contempt orders are not appealable, they are reviewable only by writ of mandamus or habeas corpus."); *In re McPeak*, 525 S.W.3d 310, 313 & n.1 (Tex. App.—Houston [14th Dist.] 2017, orig. proceeding) (temporary orders).

We dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a).

_____

Rosa Lopez Theofanis, Justice

Before Chief Justice Byrne, Justices Kelly and Theofanis

Dismissed for Want of Jurisdiction

Filed:   August 18, 2023